# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50181 | **DATE** | 8/26/2008 |
| **CASE TITLE** | HOLLIMAN vs. SSA | | |

**DOCKET ENTRY TEXT:**

Plaintiff's application to proceed in forma pauperis is granted.  The Clerk's Office is directed to issue summons to the US Marshals for service.  The US Marshals to effect service for plaintiff. Status hearing set for October 31, 2008 at 1:30 pm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|